**FILED**
TG
**MARCH 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAB PRODUCE, INC.<br>2404 S. Wolcott Avenue, Suite 23<br>Chicago, Illinois 60608<br>(312) 226-7805<br><br>            Plaintiff<br><br>    v.<br><br>SPECIALS, INC.<br>4335 W. 31st Street<br>Chicago, Illinois 60623<br>(773) 376-6444<br><br>CHESTER JANKOWSKI<br>1010 Coronet<br>La Grange, Illinois 60525<br> (773) 376-6444<br><br>MARK CURIN<br>8413 Heather Court<br>Burr Ridge, Illinois 60521<br>(773) 376-6444<br><br>THOMAS DECANIO<br>20650 Exeter Road<br>Kildeer, Illinois 60047<br>(847) 726-0000<br><br>and<br><br>MICHAEL SMIT<br>13700 S. 84th Avenue<br>Orland Park, Illinois 60462<br>(708) 460-2323<br><br>            Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:Civil Action No.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **08 C 1429**<br><br>**JUDGE LEFKOW**<br>**MAGISTRATE JUDGE COX** |

**COMPLAINT**
**(To Enforce Payment From Produce Trust)**

JAB Produce, Inc. ("JAB"), for its complaint against defendants, Specials, Inc., Chester Jankowski, Mark Curin, Thomas DeCanio, and Michael Smit, alleges:

## JURISDICTION AND VENUE

1.  Subject matter jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(5) (hereafter "the PACA"), 28 U.S.C. §1331 and 28 U.S.C. §2201.

2.  Venue in this District is based on 28 U.S.C. §1391 in that (a) plaintiff's claims arose in this District and (b) defendants reside in this District.

## PARTIES

3.  Plaintiff, JAB, an Illinois corporation with its principal place of business in Chicago, Illinois, is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

4.  a.  Defendant, Specials, Inc. ("Specials"), an Illinois corporation with a principal place of business in Chicago, Illinois, is also engaged in the business of buying and selling wholesale quantities of produce in interstate commerce and was at all times pertinent herein, a dealer licensed under the provisions of the PACA as a dealer.

    b.  Defendant, Chester Jankowski, upon information and belief, is an owner, officer, and director of Specials, during the period of time in question who controlled the day to day operations of Specials and was in a position of control over the PACA trust assets belonging to plaintiff.

      b.    Defendant, Mark Curin, upon information and belief, is an owner, officer, and director of Specials, during the period of time in question who controlled the day to day operations of Specials and was in a position of control over the PACA trust assets belonging to plaintiff.

      c.    Defendant, Thomas DeCanio, upon information and belief, is an owner, officer, and director of Specials, during the period of time in question who controlled the day to day operations of Specials and was in a position of control over the PACA trust assets belonging to plaintiff.

      d.    Defendant, Michael Smit, upon information and belief, is an owner, officer, and director of Specials, during the period of time in question who controlled the day to day operations of Specials and was in a position of control over the PACA trust assets belonging to plaintiff.

## GENERAL ALLEGATIONS

5.    This action is brought to obtain declaratory relief and to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5 of the PACA, 7 U.S.C. § 499e(c).

6.    Between July, 2002 and March, 2008, plaintiff JAB sold and delivered to defendant Specials, in interstate commerce, $39,791.00 worth of wholesale quantities of produce of which $39,791.00 remains unpaid. An itemized statement of account is attached hereto as Exhibit 1.

7.    Defendants accepted the produce from plaintiff.

8.    At the time of receipt of the produce, plaintiff became a beneficiary in a statutory trust designed to assure payment to produce suppliers. The trust consists of all produce or produce-related assets, including all funds commingled

with funds from other sources and all assets procured by such funds, in the possession or control of defendants since the creation of the trust.

9. Plaintiff preserved its interest in the PACA trust in the amount of $39,791.00 and remains a beneficiary until full payment is made for the produce. A sampling of Plaintiff's invoices, which are voluminous, with the trust language required by 7 U.S.C. 499e(c)(4) to preserve trust benefits, is attached hereto as Exhibit 2. All of Plaintiff's invoices contain the requisite statutory language to preserve trust benefits.

10. Despite demand for payment, Defendants have failed and refuse to pay plaintiff for the wholesale quantities of produce supplied by plaintiff, and have advised plaintiff they are unable to do so.

11. The failure, refusal, and admitted inability to make payment to plaintiff indicates that Specials is failing to maintain sufficient assets in the statutory trust to pay plaintiff and is dissipating trust assets.

Count 1

(Failure to Pay Trust Funds)

12. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 11 above as if fully set forth herein.

13. The failure of defendant Specials to make payment to plaintiff of trust funds in the aggregate amount of $39,791.00 from the statutory trust is a violation of PACA and PACA regulations, and is unlawful.

WHEREFORE, plaintiff requests an order enforcing payment from the trust by requiring immediate payment to plaintiff from defendant Specials in the amount

of $39,791.00, and such other and further relief as the Court deems necessary and appropriate.

## Count 2

### (Failure to Pay For Goods Sold)

14. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 13 above as if fully set forth herein.

15. Defendant Specials failed and refused to pay plaintiff the amount of $39,791.00 owed to plaintiff for produce received by defendant from plaintiff.

WHEREFORE, plaintiff requests judgment in favor of JAB, and against defendant Specials, in the amount of $39,791.00, and for such other and further relief as the Court deems necessary and appropriate.

## Count 3

### (Unlawful Dissipation of Trust Assets by a Corporate Official – Chester Jankowski)

16. Plaintiff incorporates each and every allegation set forth in paragraph 1 to 15 above as if fully set forth herein.

17. Defendant, Chester Jankowski, is an owner, officer and director of Specials who operated Specials during the period of time in question and who was in a position of control over the PACA trust assets belonging to plaintiff.

18. Defendant, Chester Jankowski, failed to direct Specials to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce supplied.

19. Defendant, Chester Jankowski's failure to direct Specials to maintain PACA trust assets and pay plaintiff for the produce supplied was an unlawful dissipation of trust assets by a corporate official.

20. As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce supplied.

WHEREFORE, plaintiff requests judgment against defendant, Chester Jankowski, in favor of plaintiff, JAB, in the amount of $39,791.00, plus such other and further relief as the Court deems necessary and appropriate.

### Count 4

(Unlawful Dissipation of Trust Assets by
a Corporate Official – Mark Curin)

21. Plaintiff incorporates each and every allegation set forth in paragraph 1 to 20 above as if fully set forth herein.

22. Defendant, Mark Curin, is an owner, officer and director of Specials who operated Specials during the period of time in question and who was in a position of control over the PACA trust assets belonging to plaintiff.

23. Defendant, Mark Curin, failed to direct Specials to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce supplied.

24. Defendant, Mark Curin's failure to direct Specials to maintain PACA trust assets and pay plaintiff for the produce supplied was an unlawful dissipation of trust assets by a corporate official.

25. As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce supplied.

WHEREFORE, plaintiff requests judgment against defendant, Mark Curin, in favor of plaintiff, JAB, in the amount of $39,791.00, plus such other and further relief as the Court deems necessary and appropriate.

### Count 5

(Unlawful Dissipation of Trust Assets by
a Corporate Official – Thomas DeCanio)

26. Plaintiff incorporates each and every allegation set forth in paragraph 1 to 25 above as if fully set forth herein.

27. Defendant, Thomas DeCanio, is an owner, officer and director of Specials who operated Specials during the period of time in question and who was in a position of control over the PACA trust assets belonging to plaintiff.

28. Defendant, Thomas DeCanio, failed to direct Specials to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce supplied.

29. Defendant, Thomas DeCanio's failure to direct Specials to maintain PACA trust assets and pay plaintiff for the produce supplied was an unlawful dissipation of trust assets by a corporate official.

30. As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce supplied.

WHEREFORE, plaintiff requests judgment against defendant, Thomas

DeCanio, in favor of plaintiff, JAB, in the amount of $39,791.00, plus such other and further relief as the Court deems necessary and appropriate.

### Count 6

(Unlawful Dissipation of Trust Assets by
a Corporate Official – Michael Smit)

31.     Plaintiff incorporates each and every allegation set forth in paragraph 1 to 30 above as if fully set forth herein.

32.     Defendant, Michael Smit, upon information and belief, is an owner, officer and director of Specials who operated Specials during the period of time in question and who was in a position of control over the PACA trust assets belonging to plaintiff.

33.     Defendant, Michael Smit, failed to direct Specials to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce supplied.

34.     Defendant, Michael Smit's failure to direct Specials to maintain PACA trust assets and pay plaintiff for the produce supplied was an unlawful dissipation of trust assets by a corporate official.

35.     As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce supplied.

WHEREFORE, plaintiff requests judgment against defendant, Michael Smit, in favor of plaintiff, JAB, in the amount of $39,791.00, plus such other and further relief as the Court deems necessary and appropriate.

Count 7

(Interest and Attorneys Fees)

36. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 35 above as if fully set forth herein.

37. As a result of defendants' failure to make full payment promptly of the amount of $39,791.00, plaintiff has lost the use of said money.

38. As a further result of defendants' failure to make full payment promptly of $39,791.00, plaintiff has been required to pay attorney's fees and costs in order to bring this action to require defendants to comply with their statutory duties.

39. PACA and the invoices of plaintiff JAB entitle plaintiff JAB to recover prejudgment interest at a rate of 1.5% per month and attorney's fees incurred to collect any balance due from defendants.

WHEREFORE, plaintiff requests judgment against each of the defendants, jointly and severally, for prejudgment interest, costs and attorneys fees.

Dated this 10th day of March, 2008.

| McCARRON & DIESS | LAW OFFICES OF WILLIAM B. KOHN |
|---|---|
| By:s/Mary Jean Fassett<br>Mary Jean Fassett, ID#9078552<br>4900 Massachusetts Ave., N.W.<br>Suite 310<br>Washington, DC 20016<br>(202) 364-0400<br>(202) 364-2731 – fax<br>mjf@mccarronlaw.com | By:s/William B. Kohn<br>William B. Kohn<br>150 N. Wacker Drive<br>Suite 1400<br>Chicago, Illinois 60606<br>(312) 553-1200<br>(312) 553-1733 – fax<br>kohn@wbkohnlaw.com<br><br>Attorneys for Plaintiff |

EXHIBIT "1"

```
03/07/08                    JAB Produce, Inc.                          Page:   1
                         Accounts Receivable Detail

   Customer: S4005, SPECIALS                          Phone# (773)376-6444

    Date      Ticket #    Code      Amount          Paid        Credit      Balance
   -------------------------------------------------------------------------------
   07/25/02    642745      DI         72.00         0.00         0.00         72.00
   05/31/06    531094      DI        910.00       784.00       154.00        -28.00
   01/08/07    578841      DI        418.75       418.00         0.00          0.75
   07/10/07    617482      DI         12.00         0.00         0.00         12.00
   01/05/08    655261      DI         38.00         0.00         0.00         38.00
   01/07/08    655361      DI        120.00         0.00         0.00        120.00
   01/07/08    655644      DI        880.00         0.00         0.00        880.00
   01/08/08    655745      DI        139.00         0.00         0.00        139.00
   01/11/08    656477      DI        218.00         0.00         0.00        218.00
   01/11/08    656487      DI        714.00         0.00         0.00        714.00
   01/14/08    657001      DI        309.00         0.00         0.00        309.00
   01/14/08    657009      DI        819.50         0.00         0.00        819.50
   01/15/08    657218      DI        194.75         0.00         0.00        194.75
   01/16/08    657492      DI        169.50         0.00         0.00        169.50
   01/16/08    657567      DI        555.00         0.00         0.00        555.00
   01/16/08    657568      DI        333.50         0.00         0.00        333.50
   01/17/08    657716      DI        746.00         0.00         0.00        746.00
   01/17/08    657847      DI        447.00         0.00         0.00        447.00
   01/17/08    657848      DI        755.00         0.00         0.00        755.00
   01/17/08    657850      DI         36.00         0.00         0.00         36.00
   01/18/08    657849      DI        274.00         0.00         0.00        274.00
   01/18/08    658064      DI        150.00         0.00         0.00        150.00
   01/18/08    658115      DI        125.00         0.00         0.00        125.00
   01/18/08    658266      DI       1386.00         0.00         0.00       1386.00
   01/18/08    658300      DI       1051.00         0.00         0.00       1051.00
   01/19/08    658349      DI        444.50         0.00         0.00        444.50
   01/21/08    658455      DI         91.00         0.00         0.00         91.00
   01/21/08    658630      DI        920.00         0.00         0.00        920.00
   01/21/08    658638      DI        638.00         0.00         0.00        638.00
   01/23/08    659022      DI        170.00         0.00         0.00        170.00
   01/24/08    659221      DI        160.50         0.00         0.00        160.50
   01/24/08    659227      DI         65.00         0.00         0.00         65.00
   01/24/08    659260      DI        400.00         0.00         0.00        400.00
   01/24/08    659377      DI        610.00         0.00         0.00        610.00
   01/24/08    659379      DI         27.00         0.00         0.00         27.00
   01/25/08    659473      DI        430.50         0.00         0.00        430.50
   01/25/08    659475      DI        724.50         0.00         0.00        724.50
   01/25/08    659684      DI       1089.00         0.00         0.00       1089.00
   01/28/08    660072      DI       1371.00         0.00         0.00       1371.00
   01/28/08    660108      DI        196.00         0.00         0.00        196.00
   01/30/08    660536      DI        710.00         0.00         0.00        710.00
   01/30/08    660537      DI        601.50         0.00         0.00        601.50
   02/01/08    660989      DI         30.00         0.00         0.00         30.00
   02/01/08    661132      DI        443.00         0.00         0.00        443.00
   02/01/08    661133      DI        400.00         0.00         0.00        400.00
   02/02/08    661136      DI        453.00         0.00         0.00        453.00
   02/04/08    661557      DI        568.00         0.00         0.00        568.00
   02/04/08    661591      DI        782.50         0.00         0.00        782.50
   02/06/08    661989      DI        137.50         0.00         0.00        137.50
   02/06/08    662078      DI        669.50         0.00         0.00        669.50
   02/06/08    662082      DI        624.25         0.00         0.00        624.25
   02/07/08    662305      DI        333.50         0.00         0.00        333.50
   02/07/08    662334      DI        260.00         0.00         0.00        260.00
```

```
03/07/08                         JAB Produce, Inc.                          Page:    2
                              Accounts Receivable Detail

       Customer: S4005, SPECIALS                              Phone# (773)376-6444

    Date      Ticket #    Code      Amount        Paid         Credit        Balance
--------------------------------------------------------------------------------------
 02/08/08      662493      DI         72.00        0.00          0.00          72.00
 02/08/08      662495      DI        103.75        0.00          0.00         103.75
 02/08/08      662623      DI        188.00        0.00          0.00         188.00
 02/08/08      662634      DI        320.00        0.00          0.00         320.00
 02/08/08      662636      DI        253.50        0.00          0.00         253.50
 02/11/08      662905      DI        206.50        0.00          0.00         206.50
 02/11/08      662913      DI        229.00        0.00          0.00         229.00
 02/11/08      663057      DI        761.00        0.00          0.00         761.00
 02/13/08      663473      DI        530.00        0.00          0.00         530.00
 02/13/08      663555      DI        950.50        0.00          0.00         950.50
 02/14/08      663670      DI        328.00        0.00          0.00         328.00
 02/15/08      663954      DI        200.00        0.00          0.00         200.00
 02/15/08      664147      DI        628.00        0.00          0.00         628.00
 02/18/08      664396      DI        909.75        0.00          0.00         909.75
 02/18/08      664561      DI        801.00        0.00          0.00         801.00
 02/18/08      664576      DI        717.00        0.00          0.00         717.00
 02/19/08      664711      DI        432.50        0.00          0.00         432.50
 02/20/08      665027      DI       1032.75        0.00          0.00        1032.75
 02/21/08      665112      DI        191.00        0.00          0.00         191.00
 02/22/08      665406      DI        396.50        0.00          0.00         396.50
 02/22/08      665452      DI        300.00        0.00          0.00         300.00
 02/22/08      665577      DI         27.00        0.00          0.00          27.00
 02/22/08      665581      DI       1037.50        0.00          0.00        1037.50
 02/22/08      665604      DI        578.50        0.00          0.00         578.50
 02/25/08      665811      DI        210.00        0.00          0.00         210.00
 02/25/08      665996      DI        931.50        0.00          0.00         931.50
 02/26/08      666111      DI         24.00        0.00          0.00          24.00
 02/27/08      666405      DI        630.00        0.00          0.00         630.00
 02/28/08      666625      DI        158.00        0.00          0.00         158.00
 02/28/08      666643      DI        395.50        0.00          0.00         395.50
 02/29/08      666825      DI        266.50        0.00          0.00         266.50
 02/29/08      666853      DI         18.50        0.00          0.00          18.50
 02/29/08      666977      DI        370.00        0.00          0.00         370.00
 02/29/08      666979      DI       1288.00        0.00          0.00        1288.00
 03/03/08      667273      DI        125.00        0.00          0.00         125.00
 03/04/08      667574      DI        447.50        0.00          0.00         447.50
 03/05/08      667808      DI        261.00        0.00          0.00         261.00
 03/05/08      667936      DI        236.00        0.00          0.00         236.00
 03/06/08      668010      DI        174.00        0.00          0.00         174.00
--------------------------------------------------------------------------------------
       Current        7 Days       14 Days       21 Days       Over 35         Total
       1243.50       4292.00       6423.50       8793.50      19038.50       39791.00
```

EXHIBIT "2"

## JAB PRODUCE, INC.
### "Top Quality Wholesale Produce"
2404 South Wolcott, Unit 23 Chicago, Illinois 60608
Phone (312) 226-7805 (312) 226-5154

Invoice: 655644 01/07/08
Customer: SPECIALS
Ship to: deliver

**CLAIMS MUST BE MADE WITHIN 24 HOURS OF DELIVERY**

***** Duplicate Invoice *****

```
40    CS    Lettuce-Palletized Liner
Nature's Reward Liner      @18.00   =   720.00

10    CS    Tomatoes, Grape
                           @16.00   =   160.00
```

                                                880.00

## JAB PRODUCE, INC.

03/07/08 (09:42:41) #2
Invoice: 655644                01/07/08
Customer: SPECIALS
Ship to: deliver

***** Duplicate Invoice *****

```
40    CS    Lettuce-Palletized Liner
Nature's Reward Liner
                                15949 : ct
10    CS    Tomatoes, Grape
                                15929 : cr
```

                                                Mike

WRITTEN BY                  DELIVERED BY

FOR RESALE ONLY

Payment terms are 10 days.
PACA TRUST PROVISION: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a Trust claim over these commodities, all inventories of food and other products derived from these commodities and any receivables or proceeds from the sale of those commodities until full payment is received.

Any claims for shortage, damage or condition will not be honored unless the problem is reported in writing to seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. Interest shall accrue on any past due account balance at the rate of 1.5% per month (18% per annum) In the event legal action becomes necessary to collect the sums due under this invoice, buyer agrees to pay all costs of collection, including court costs and attorneys' fees.

TOTAL