IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAB PRODUCE, INC. : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No:08C1429 |
| : | Judge Lefkow |
| SPECIALS, INC., et al. : | Magistrate Judge Cox |
| : | |
| Defendants : | |

## **RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, JAB Produce, Inc., by and through counsel, certifies that it has no parents, subsidiaries or affiliates which are publicly held.

Dated this 12th day of March, 2008        Respectfully submitted,


McCARRON & DIESS                LAW OFFICES OF WILLIAM B. KOHN


By:s/  Mary Jean Fassett                By:s/ William B. Kohn
    Mary Jean Fassett, ID#9078552        William B. Kohn, #6196142
    4900 Massachusetts Ave., N.W.        150 N. Wacker Drive
    Suite 18                Suite 1400
    Washington, DC 20016            Chicago, Illinois 60606
    (202) 364-0400                (312) 553-1200

                                                  Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF system this 12th day of March, 2008, to all counsel of record.

                                              s/ Mary Jean Fassett
                                              Mary Jean Fassett