AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

JAB PRODUCE, INC.

V.

SPECIALS, INC., et al.

CASE NUMBER: **08 C 1429**

ASSIGNED JUDGE:

**JUDGE LEFKOW
MAGISTRATE JUDGE COX**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Michael Smit
13700 S. 84th Avenue
Orland Park, IL 60462

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William B. Kohn
150 N. Wacker Drive, Ste. 1400
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
**(By) DEPUTY CLERK**

**March 11, 2008**
Date

08 C 1429

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 22, 2008 |
| NAME OF SERVER (PRINT) Jerry Brown | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Nicholas Smit for Michael Smit at 13700 S. 84th Ave., Orland Park, Il. at 9:35a.m.

G  Returned unexecuted: _____

G  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 22, 2008        *Jerry Brown*
                 Date                Signature of Server

9030 Lamon, Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.