AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAB PRODUCE, INC.

CASE NUMBER: **08 C 1429**

V.

ASSIGNED JUDGE:

SPECIALS, INC., et al.

**JUDGE LEFKOW**
**MAGISTRATE JUDGE COX**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Specials, Inc.
c/o Mark Currin, Registered Agent
4335 W. 31st Street
Chicago, IL 60623

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William B. Kohn
150 N. Wacker Drive, Ste. 1400
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*

-----------------------------
(By) DEPUTY CLERK

**March 11, 2008**
-----------------------------
Date

08 C 1429

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE | March 20, 2008 |
| NAME OF SERVER (PRINT) Jeff Brown | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: <u>Specials, Inc. c/o Mark Currin, Registered Agent was served at 4335 W. 31st Street, Chicago, Il. at 10:05a.m.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 20, 2008     *(signature)* Jeff Brown
             Date                Signature of Server

9030 Lamon, Skokie, Il. 60077
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.