IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAB PRODUCE, INC. : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No:08C1429 |
| : | Judge Lefkow |
| SPECIALS, INC., et al. : | Magistrate Judge Cox |
| : | |
| Defendants : | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, JAB Produce, Inc., by and through counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action as to all defendants.

Dated this 7th day of April, 2008.

McCARRON & DIESS                    LAW OFFICES OF WILLIAM B. KOHN

By:s/ Mary Jean Fassett             By:s/ William B. Kohn
    Mary Jean Fassett, ID#9078552        William B. Kohn, #6196142
    4900 Massachusetts Ave., N.W.        150 N. Wacker Drive
    Suite 18                             Suite 1400
    Washington, DC 20016                 Chicago, Illinois 60606
    (202) 364-0400                       (312) 553-1200

                                              Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, this 7th day of April, 2008, to the following:

Specials, Inc.
c/o Mark Curin, Registered Agent
4335 W. 31st Street
Chicago, IL 60623

Chester Jankowski
1010 Coronet
La Grange, IL 60525

Thomas DeCanio
20650 Exeter Road
Kildeer, IL 60047

Michael Smit
13700 S. 84th Avenue
Orland Park, IL 60462

                                            s/ Mary Jean Fassett
                                            Mary Jean Fassett